Honorable Mary Jo Heston
Ex Parte

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re:

Wilsy Meyers
Llino Bocanegra

Debtor(s)

In Chapter 7 Proceeding

No. 18-42220-MJH

EX PARTE MOTION REOPENING CASE TO ALLOW DEBTOR(S) TO FILE FINANCIAL MANAGEMENT CERTIFICATE & OBTAIN A DISCHARGE & RECLOSE CASE

COME NOW, the debtors, by and through their attorney, Ellen Ann Brown, and moves the court for an order allowing the debtors to reopen their case, file their financial management certificates, obtain a discharge and reclose the case.

Facts:

1. The debtors filed chapter 7 bankruptcy on June 23, 2018.
2. Debtors failed to timely file their financial management certificates.
3. Debtors' case was terminated on October 1, 2018.
4. The debtors have now completed their financial management course and the certificates are docketed with the court.

Therefore, the debtors request that the case be allowed to reopen to filed the certificates and obtain a discharge. The case may close in 20 days from the date of the order if no further activity.

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown, WSBA #27992
Attorney at Law

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200

Case 18-42220-MJH    Doc 19    Filed 10/04/18    Ent. 10/04/18 14:05:31    Pg. 1 of 1