**Below is the Order of the Court.**

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

| | |
|---|---|
| **Re:** | **In Chapter 7 Proceeding** |
| **Wilsy Meyers** | |
| **Llino Bocanegra** | **No. 18-42220-MJH** |
| | **ORDER REOPENING** |
| **Debtor(s)** | **CASE TO ALLOW DEBTOR(S) TO** |
| | **FILE FINANCIAL MANAGEMENT** |
| | **CERTIFICATE & OBTAIN A DISCHARGE** |

_____

It is hereby **ORDERED** that this case is reopened to allow the debtor(s) to file financial management certificate(s) and to obtain a discharge. This case may then close after 20 days if there is no further activity in the case.

/// end of order ///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown, WSBA #27992
Attorney at Law

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200